UNITED STATES DISTRICT COURT

EASTERN  District of  CALIFORNIA

| LINDA A. ARIAS, | ORDER ON APPLICATION |
| Plaintiff | TO PROCEED WITHOUT |
| V. | PREPAYMENT OF FEES |
| COMMISSIONER of SOCIAL SECURITY, | CASE   1:10-AT-00970 |
| Defendant | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

   X  The clerk is directed to file the complaint.

   X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this   23rd   day of   November  ,  2010  .

/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer