Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  LINDA A. ARIAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| LINDA A. ARIAS, | ) Case No.:   1:10-CV-02186-SMS |
| Plaintiff, | ) STIPULATION TO EXTEND |
| vs. | ) BRIEFING SCHEDULE; |
| | ) ORDER |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of Social Security, | ) |
| Defendant | ) |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Linda Arias ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to July 28, 2011; and that Defendant shall have until August 29, 2011, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due September 12, 2011.

1  An extension of time for plaintiff is needed due to a serious illness in
2  Counsel's family.  On June 3, 2011 Counsel and his spouse were informed that the
3  pathology results of a biopsy revealed that she has breast cancer.  Counsel's Spouse
4  subsequently underwent a PET imagining scan.  The results of that imagining study
5  revealed that the breast cancer has spread to her liver.  Counsel's Spouse has begun
6  chemotherapy to treat her cancer.  As a result Counsel makes this request to continue
7  the briefing schedule to allow him to devote the appropriate time to assist his Spouse
8  through this obviously stressful experience.
9  Counsel sincerely apologizes to the court for any inconvenience this may
10  have had upon it or its staff.

11
12  DATE: July 8, 2011               Respectfully submitted,

                                     LAW OFFICES OF LAWRENCE D. ROHLFING
13                                              /s/ *Steven G. Rosales*
14                          BY: _____
                                     Steven G. Rosales
15                                   Attorney for plaintiff LINDA ARIAS

16
17  DATE:  July 8, 2011              BENJAMIN WAGNER
                                     United States Attorney
18

19                                   */S/- *Kathryn R. Watson*
20
                                     _____
21                                   Kathryn R. Watson
                                     Special Assistant United States Attorney
22                                   Attorney for Defendant
                                     [*Via email authorization]
23
24
25
26

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including July 28, 2011, in which to file Plaintiff's Opening Brief; Defendant
3 may have an extension of time to August 29, 2011 to consider the contentions
4 raised in Plaintiff's Opening Brief, and file any opposition if necessary.  Any reply
5 by plaintiff will be due September 12, 2011.
6  IT IS SO ORDERED.
7 Dated:   July 26, 2011                       /s/ Sandra M. Snyder
8                                                                 UNITED STATES MAGISTRATE JUDGE